John E. Bouzane, Esq. SBN: 79804
Michael C. Earle, Esq. SBN: 188290
Eva M. Hollands, Esq. SBN' 244164
Law Offices of Michael C. Earle
474 W. Orange Show Road
San Bernardino, CA 92408

Phone No: 909-889-5151
Fax No: 909-889-3900

Attorney for Defendant, GROUP IX BP PROPERTIES, LP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MISAEL ROMERO,<br><br>                    Plaintiff,<br><br>vs<br><br>BENAVIDES INCOME TAX, GROUP IX BP PROPERTIES, LP., AND DOES 1-10, inclusive,<br><br>                    Defendant(s) | CASE No: 5:20-cv-01701-JGB-SP<br><br>ANSWER OF GROUP IX BP PROPERTIES, LP TO COMPLAINT |

GROUP IX BP PROPERTIES, LP by and through the undersigned counsel of record, hereby answers Plaintiff's complaint as follows:

## ANSWER TO PARTIES ALLEGATIONS

1.      This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 1 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

2.      This answering Defendant lacks sufficient information and/or belief to enable it to admit or deny Paragraph 2 of the Complaint and based on that lack of information and/or belief does hereby generally and specifically deny the allegations contained in Paragraph 2 of the Complaint on file.

3.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 43 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

4.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 4 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations. The allegations contained in Paragraph 4 of the Complaint are vague and ambiguous as Plaintiff has failed to plead facts with sufficient specificity to inform this Answering Defendant of nature of the modifications, policies, practices or accommodations that make up the allegations of the Complaint.

5.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 5 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

6.    Admit

## JURISDICTION AND VENUE

7.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 8 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

8.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 79of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

9.    Admit

10.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 10 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

## ANSWER TO FACTUAL ALLEGATIONS

11.    This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 11 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

12. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 12 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

13. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraphs 13-13-I of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

14. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 14 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

15. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 15 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

16. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 16 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

17.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 17 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

18.     This answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 18 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

19.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 19 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

20.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 20 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

21     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 21 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

22     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 22 of

complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

23.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 23 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

### FIRST CAUSE OF ACTION

24.     This answering Defendant refers to and incorporates herein by references paragraphs 1-23 of this Answer as if those paragraphs were set forth herein in full.

25.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 24 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

26.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 26 (a)-(d) of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

27.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 27 A-I of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

28. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 28 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

29. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 29 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

30. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 30 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

31. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 31 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

32. This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 32 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

## ANSWER TO SECOND CAUSE OF ACTON

33.     This Answering Defendant refers to and incorporates herein by reference Paragraphs 1-32 of this Answer as if those Paragraphs were set forth herein full.

34.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 34 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

35.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 35 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

36.     This answering Defendant's investigation of the facts and circumstances of this case has just begun as the filing and service of this action was this Answering Defendant's First Notice of Plaintiff's claim. Based on the foregoing this answering Defendant does not have sufficient information and/or belief to admit or deny the allegations set forth in Paragraph 36 of complaint on file and based on that lack of information and belief does hereby generally and specifically deny those allegations.

## FIRST AFFIRMATIVE DEFENSE

37.     This Answering is informed and believes and based upon information and belief asserts that the named Plaintiff lacks standing to challenge the barriers at the Business they did not visit before filing the initial complaint

## SECOND AFFIRMATIVE DEFENSE

38.     Plaintiff's claims are moot.

## THIRD AFFIRMATIVE DEFENSE

39.     Plaintiff's claims are barred by the applicable statute of limitations

### FOURTH AFFIRMATIVE DEFENSE

40.     The court lacks diversity jurisdiction over Plaintiff's state law claims under the "local controversy" exception to the CAFA 28 U.S.C. § 1332(d)(4)(A).

### FIFTH AFFIRMATIVE DEFENSE

41.     The complaint fails to state facts sufficient to state a claim under Unruh, ADA and the CDPA against this answering Defendant.

### SIXTH AFFIRMATIVE DEFENSE

42.     Plaintiff's claims are barred by the de minimis doctrine and are non-actionable because they do no and did not materially impair Plaintiff's use of an area for its intended purpose.

### SEVENTH AFFIRMATIVE DEFENSE

43.     Plaintiff's claims are barred by the readily "achievable" or easily "accomplishable" doctrine.

### EIGHTH AFFIRMAIVE DEFENSE

44.     Plaintiff's claims are barred because the modification that Plaintiff seeks or not "alternative" within the meaning of the ADA or Title 24 and/or do not trigger an "alternative" legal standard including because the modifications sought will be disproportionate in cost or costs exceeds 20% of the entire alteration.

### NINTH AFFIRMATIVE DEFENSE

45.     Defendant has made good faith efforts to comply with the ADA, the Unruh Act, and the California Disabled Person Act.

### TENTH AFFIRMATIVE DEFENSE

46.     Plaintiff failed to mitigate his damages.

### ELEVENTH AFFIRMATIVE DEFENSE

47.     The imposition of statutory minimum damages in this matter would violate Defendant's Eight Amendment protection against excessive fines in violation of both the California and United States Constitutions.

### TWELFTH AFFIRMAIVE DEFENSE

48.     The imposition of punitive damages would violate Defendant's right to due process in violation of both the California and United States Constitutions.

## THIRTEENTH AFFIRMATIVE DEFENSE

49.     The complaint on file and each and every cause of action is barred by the doctrine of unclean hands.

## FORTEENTH AFFIRMATIVE DEFENSE

50. The complaint on file fails to state facts with sufficient clarity to show that the acts complained of herein was the proximate cause of any actual damages claimed to have been suffered by Plaintiff.

## FIFTEENTH AFFIRMATVE DEFENSE

51. The Complaint on file and each cause of action contained therein in barred by Defendant's to provide notice of the allegations of the complaint to provide this Answering Defendant with an opportunity to cure the violations, if any, before filing this action.

WHEREFORE, this Answering Defendant prays that Plaintiff take nothing by way of this action, for a judgment in its favor, and for an award of costs, attorney fees, and such relief that this court deems just and proper.


Dated:                          Law Offices of Michael C. Earle

10/13/2020

By: John E. Bouzane

## PROOF OF SERVICE

I declare that I am employed in the County of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action; my business address is 474 Orange Show Road, San Bernardino, CA 92408

On _____*OCTober 14 2020*_____ I served the following documents "ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES" on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Ross Cornell, Esq.
Law Offices of Ross Cornell
5402 Wilshire Blvd., Suite #46382
Los Angeles, CA 90036

**(x)  By MAIL:** I deposited such envelope, with postage thereon fully prepaid, in the mail at San Bernardino, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino, California, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**()  BY GSO OVERNIGHT DELIVERY SERVICE:** I placed the above-described documents into a sealed envelope prepaid which was picked up by GSO Overnight Delivery Service on the above date. GSO Overnight Delivery Service picks up documents at 474 Orange Show Drive, San Bernardino, CA 92408 Mondays-Friday at 6:00 PM to 6:30 PM.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:
*OCTober 14 2020*

_____
S. McClure